UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00162-MR

| | |
|---|---|
| RODERICK JERMAINE BOYKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| STATE OF NORTH CAROLINA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petition for Writ of Habeas Corpus, filed on June 20, 2023 pursuant to 28 U.S.C. § 2254 by Roderick Jermaine Boykins ("the Petitioner"). [Doc. 1].

The Petitioner is a prisoner of the State of North Carolina, presently incarcerated at Scotland Correctional Institution in Laurinburg, North Carolina. The Petitioner seeks to challenge his underlying judgment of conviction from New Hanover County, North Carolina. [Doc. 1].

State prisoner habeas corpus petitions may be brought either in the federal judicial district in which the state court of the conviction is located or in the district of confinement. See 28 U.S.C. § 2241(d). His district of confinement is in the Eastern District of North Carolina. The Petitioner was

convicted in New Hanover County, which is located in the Eastern District of North Carolina.

In accordance with 28 U.S.C. § 2241(d) and joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, <u>In re: Applications for Writs of Habeas Corpus</u> (Oct. 26, 1966)), the Court shall transfer this action to the United States District Court for the Eastern District of North Carolina.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the Eastern District of North Carolina for further proceedings, including ruling on any pending motions.
2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: June 28, 2023

Martin Reidinger
Chief United States District Judge